UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

FRANCIS BANKINS,

Defendant.

Crim. Action No. 18-213 (CKK-ZMF)

ORDER
(July 14, 2025)

This case comes before the Court upon the receipt of a June 27, 2025 Report and Recommendation by Magistrate Judge Zia Faruqui. On April 11, 2025, the Probation Office filed a Petition requesting that the undersigned schedule a status hearing because Defendant Francis Bankins ("Defendant") tested positive for THC in May 2024 and February 2025. On April 14, 2025, the undersigned granted that Petition and referred the case to a magistrate judge to conduct the hearing and prepare a Report and Recommendation. The case was randomly assigned to Magistrate Judge Faruqui. On May 16, 2025, Defendant filed a motion to remove the supervision condition which required THC testing because he has a prescription for marijuana usage to treat his documented epilepsy condition. On May 21, 2025, the parties appeared before Magistrate Judge Faruqi for a status hearing, where neither the government nor the Probation Office objected to the Defendant's motion.

Upon review of the record and careful consideration of the positions of the parties and the Probation Office, Magistrate Judge Faruqui recommended that Defendant's remaining term of supervision—which is less than one year—be terminated early, effective on adoption of this

1

Report and Recommendation. The Court agrees with that well-reasoned recommendation. Furthermore, no objections to the Magistrate Judge's Report and Recommendation have been received by the Court. Accordingly, it is this 14th day of July 2025,

ORDERED that the June 27, 2025 Report and Recommendation is hereby ADOPTED, with the effect that Defendant Francis Bankins' supervised release shall be deemed terminated as of the date of this Order.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE